**Order entered May 21, 2015**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00081-CR
### No. 05-15-00126-CR

**DEJUAN GEIL HOLLIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-51945-U,  F-13-52021-U**

## ORDER

By letter dated May 8, 2015, the Court notified appellant that his attorney had filed an *Anders* brief. We notified appellant that any pro se response was due by July 1, 2015. The Court now has before it appellant's May 18, 2015 pro se request for an extension of time to file his response. The request is dated May 12, 2015 and states that he has received the record from his attorney. Appellant does not reference this Court's letter or the July 1, 2015 deadline. Thus, it appears this extension request is in response to counsel's correspondence rather than this Court's May 8, 2015 letter.

Nevertheless, we **GRANT** appellant's request for an extension of time to file his pro se response to the extent that any pro se response is due by **JULY 20, 2015**. If the pro se response is not received by that date, we will submit the appeals on the *Anders* brief filed by counsel.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to DeJuan G. Hollis, TDCJ No. 1974700, Gurney Unit, 1385 F.M. 3328, Palestine, Texas 75803.

/s/     LANA MYERS
        JUSTICE